UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
JARYNEAH C. WILSON,                           :
                               Plaintiff,     :      19 Civ. 3320 (LGS)
                                              :
              -against-                       :      ORDER
                                              :
COMMISSIONER OF SOCIAL SECURITY,              :
                               Defendant.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, on February 19, 2020, Magistrate Judge Kevin N. Fox issued a Report and Recommendation (the "Report"), granting the motion for Judgment on the Pleadings brought by Defendant Commissioner of Social Security, a copy of which was mailed to Pro Se Plaintiff (Dkt. No. 16);

 WHEREAS, as stated in Judge Fox's Report, the deadline for any objections was March 4, 2020 (Dkt. No. 16);

 WHEREAS no objections were timely filed;

 WHEREAS, in reviewing a Magistrate Judge's Report and Recommendation, a District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) Advisory Committee Notes; *see De La Paz on behalf of S.S.D. v. Comm'r of Soc. Sec.*, No. 17 Civ. 4804, 2018 WL 4179455, at *2 (S.D.N.Y. Aug. 31, 2018) (applying clear error standard to a report and recommendation on a motion for judgment on the pleadings brought by the Commissioner of Social Security, where pro se plaintiff did not file objections).

 WHEREAS the Court finds no clear error on the face of the record. It is hereby

**ORDERED** that the Report is **ADOPTED** in its entirety as the opinion of the Court. For the reasons stated in the Report, the Commissioner of Social Security's motion is **GRANTED**.

The Clerk of Court is respectfully requested to close the motion at Dkt. No. 14 and close the case.

Defendant is directed to mail a copy of this order to Pro Se Plaintiff and file proof of service by **April 13, 2020**.

Dated: April 9, 2020
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**