**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JARYNEAH C. WILSON,

                           Plaintiff,               19 **CIVIL** 3320 (LGS)

            -against-                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                           Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated April 9, 2020, the Report is adopted in its entirety as the opinion of the Court; for the reasons stated in the Report; the Commissioner of Social Security's motion is granted; accordingly, this case is closed.

**Dated:** New York, New York
          April 10, 2020

                                                        **RUBY J. KRAJICK**
                                                  _____
                                                    **Clerk of Court**
                        **BY:**
                                                    _____
                                                    **Deputy Clerk**