```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JARYNEAH C. WILSON,                                          :
                                    Plaintiff,               :       19 Civ. 3320 (LGS)
                                                             :
             -against-                                       :       ORDER
                                                             :
COMMISSIONER OF SOCIAL SECURITY,                             :
                                    Defendant.               :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 13, 2020, an Order was issued, requiring Defendant to serve a copy of the Clerk's Judgment and Notice of Right to Appeal at Dkt. Nos. 18 and 18-1 to Pro Se Plaintiff and file proof of service by April 15, 2020 (Dkt. No. 19).

WHEREAS, on April 15, 2020, Defendant did not file proof of service.  It is hereby

**ORDERED** that Defendant shall file proof of service of the Clerk's Judgment and Notice of Right to Appeal at Dkt. Nos. 18 and 18-1 by **April 20, 2020**, or a letter explaining the delay. Defendant is reminded that failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

Dated: April 17, 2020
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE